UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | : | Chapter 13 Proceeding |
|---|---|---|
| **Renee Katherine Andrews,** | : | Case No. 23-60090 |
| | : | Judge John Gustafson |
| Debtor. | | |

### NOTICE OF CONTINUED MEETING OF CREDITORS

Now comes Dynele L. Schinker-Kuharich, Trustee, and hereby gives notice that the Meeting of Creditors has been continued to **March 22, 2023 at 8:30 a.m.**

**Location: The meeting will be conducted remotely via Zoom**

**Meeting ID: 7292847129**

**Passcode: Chapter13**

Respectfully submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Email: DLSK@Chapter13Canton.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 Proceeding |
| **Renee Katherine Andrews,** | : | Case No. 23-60090 |
| | : | Judge John Gustafson |
| Debtor. | | |

## TRUSTEE'S REPORT OF MEETING OF CREDITORS

The Meeting of Creditors scheduled for March 15, 2023 X was held ☐ was not held, and was continued.

X Debtor(s) appeared.
☐ Debtor(s) failed to appear.

The item(s) below have been requested by the Trustee and must be uploaded to the document delivery portal at least two (2) business days prior to the date of the continued Meeting of Creditors.

X Park National Bank 12/7/2022-1/6/2023
X Vehicle Insurance Card or Declarations Page
X Debtor Information Form

Trustee notes the following about this case:

X Plan payment is too low. Must be at least $75.00 per month.

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, a true and correct copy of the Notice of Continued Meeting of Creditors was served via the Court's Electronic case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Jonathon Carl Elgin, Counsel for Renee Katherine Andrews, at jc@jcelgin.com

and via regular U.S. Mail, postage prepaid, upon:

Renee Katherine Andrews
1484 Maxwell Drive
Mansfield, OH 44906-2376

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee