IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | Chapter 13 Proceeding |
| **Renee Katherine Andrews,** | : | Case No. 23-60090 |
| **Debtor.** | : | Judge John Gustafson |

**JOINT STIPULATION**

Now comes Chapter 13 Trustee, Dynele L. Schinker-Kuharich, and Debtor, Renee Katherine Andrews, by and through the undersigned counsel, and jointly stipulate and agree to the following:

1. Part 2.3 of the plan is hereby amended to check box two (2) indicating that Debtor will supply the Trustee with a copy of each income tax return filed during the plan term within fourteen (14) days and will turn over to the Trustee all income tax refunds received during the plan term.

2. Part 5.1 of the plan is hereby amended to indicate that the general unsecured creditors shall receive 11% or the funds remaining after disbursements have been made to all other creditors provided for in this Plan, whichever is greater.

**Submitted By:**

/s/ A. Michelle Jackson Limas
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
Dynele L Schinker-Kuharich (0069389)
Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**Approved By:**

/s/ Jonathon Carl Elgin
Jonathon Carl Elgin (0096390)
Counsel for Renee Katherine Andrews
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
Telephone: 567.275.1040
Email: jc@jcelgin.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Jonathon Carl Elgin, Counsel for Renee Katherine Andrews, via the Court's Electronic Case Filing System at jc@jcelgin.com

Renee Katherine Andrews, Debtor, via regular mail at:
1484 Maxwell Drive
Mansfield, OH 44906-2376