United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 23-60090-jpg
Renee Katherine Andrews     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: vwaym     Page 1 of 1
Date Rcvd: May 03, 2023     Form ID: pdf722     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Renee Katherine Andrews, 1484 Maxwell Dr., Mansfield, OH 44906-2376 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | May 03 2023 20:48:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dynele L Schinker-Kuharich | DLSK@Chapter13Canton.com  dschinkerkuharich@ecf.epiqsystems.com |
| Jonathon Carl Elgin | on behalf of Debtor Renee Katherine Andrews jc@jcelgin.com  bankruptcy@jcelgin.com |

TOTAL: 2

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: May 3 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

IN RE: : 
: CHAPTER 13 PROCEEDING
RENEE KATHERINE ANDREWS, :
: JUDGE JOHN GUSTAFSON
DEBTOR. :
: CASE NO. 23-60090
:

## JUDGMENT ENTRY GRANTING COUNSEL'S APPLICATION
## FOR ATTORNEY FEES AND EXPENSES

This Cause came before the Court upon the Application of Debtor's Counsel for Compensation for Fees and Expenses. The Court finds that the Application is properly before the Court, and that no objections have been filed opposing the Application, and that Counsel for the debtor has stated good cause for the Application and it is therefore granted. Pursuant to the Application for Compensation, it is hereby ordered that Jonathon C. Elgin, counsel for the debtor be allowed a fee of **$800.00**, for fees as compensation for the services rendered in this matter, and incurred in the representation of the debtor, after deduction of the amount of **$150.00** previously paid into trust which may now be released, leaving a balance due of **$650.00**, which shall be paid

within the debtor's plan pro rata at the Trustee's discretion until paid in full. Counsel fees that are shall not be paid by Trustee until court costs have been paid pursuant to previous order of the Court (ECF Docket #12).

SO ORDERED.

*Prepared and Approved by:*

/s/Jonathon C. Elgin
Jonathon C. Elgin (OH 0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
jc@jcelgin.com

###

Copies to:

    PRA Receivables Management, LLC at Claims_RMSC@PRAGroup.com

    Dynele L Schinker-Kuharich, Standing 13 Trustee at DLSK@Chapter13Canton.com

And by regular U.S. mail, postage prepaid, on:

    Renee Kathrine Andrews
    1484 Maxwell Dr.
    Mansfield, OH 44906-2376